AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Catherine M. Wannamaker__ as counsel in this
(Attorney's Name)

case for: __U.S. Dep't of Defense and U.S. Dep't of Interior, Fish, & Wildlife Service__
(Name of party or parties)

__04/24/2006__
Date

__CA 237600__
BAR IDENTIFICATION

*(signature)*
Signature

__Catherine Wannamaker__
Print Name

__601 D St NW__
Address

__Washington, DC    20004__
City    State    Zip Code

__(202)514-9365__
Phone Number