IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAGRAPH CORPORATION, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No: 1:06-mc-00162-EGS |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE and UNITED STATES ) | |
| DEPARTMENT OF INTERIOR, FISH AND ) | |
| WILDLIFE SERVICE, ) | |
| ) | |
| Respondents. ) | |

**DIAGRAPH CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO UNITED STATES' OPPOSITION TO RULE 27 PETITION**

Petitioner, Diagraph Corporation (Diagraph), respectfully requests that it be granted until and including May 15, 2006 to reply to the United States' Opposition to Diagraph Corporation's Rule 27 Petition. In support of this motion, Diagraph states that its reply is currently due to be filed Friday, May 5, 2006. Diagraph's counsel has conferred by telephone with Respondents' counsel, who has indicated that Respondents have no objection to the proposed extension of time.

WHEREFORE, Petitioner, Diagraph Corporation, respectfully requests that it be granted until and including Monday, May 15, to reply to the United States' Opposition to Diagraph Corporation's Rule 27 Petition.

/s/ Thomas K. Bick_____
Thomas K. Bick (D.C. Bar No.: 938944)
TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C.  20006-4604
202-454-2800
202-454-2805 (Facsimile)
tbick@tighepatton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2006 a copy of the foregoing was served by the Court's electronic filing system upon: Catherine Wannamaker, United States Department of Justice, Environmental Defense Section, P.O. Box 23986, Washington, DC 20026-3986.

/s/ Thomas K. Bick_____
Thomas K. Bick (D.C. Bar No.: 938944)
TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
202-454-2800
202-454-2805 (Facsimile)
tbick@tighepatton.com