IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIAGRAPH CORPORATION, ) | |
| ) | |
|     Petitioner, ) | |
| ) | Case No: 1:06-mc-00162-EGS |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE and UNITED STATES ) | |
| DEPARTMENT OF INTERIOR, FISH AND ) | |
| WILDLIFE SERVICE, ) | |
| ) | |
|     Respondents. ) | |

## ORDER

Upon the motion of Petitioner, Diagraph Corporation, Diagraph Corporation is granted until and including May 15, 2006 to reply to the United States' Opposition to Diagraph's Rule 27 Petition.

_____
UNITED STATES DISTRICT JUDGE